IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JESSIE EDWARD FLETCHER　　　　　　　　　　　　　　　　　PLAINTIFF
#119936

v.　　　　　　　　　　No. 3:24-cv-98-DPM

SHAWN STEVENS, Sheriff,
Independence County and
BIGGS, Officer　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

ORDER

The Court withdraws the reference. Fletcher hasn't updated his address; and the time to do so has passed. *Doc. 12.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The Court declines to adopt the partial recommendation, *Doc. 10*, because it is moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2024