IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JESSIE EDWARD FLETCHER #119936                                              PLAINTIFF

v.                          No. 3:24-cv-98-DPM

SHAWN STEVENS, Sheriff,
Independence County and
BIGGS, Officer                                                              DEFENDANTS

## JUDGMENT

Fletcher's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 September 2024